```
QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
NOEL MILLER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NOEL MILLER, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. CR. S 05-291 WBS <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date:   August 31, 2005 <br> Time:   9:00 a.m. <br> Judge:  Hon. William B. Shubb |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Noel Miller, though their respective attorneys, that the status conference scheduled for August 31, 2005, may be continued to October 5, 2005, at 9:00 a.m.

This is a new case.  Defense counsel recently reviewed discovery with Ms. Miller and determined that additional factual investigation is warranted before the case is set for trial or resolution is discussed. Accordingly, the parties agree that the August 31 status conference may be continued to October 5, 2005.

The parties further agree that time from the date of this order through October 5, 2005, should be excluded under the Speedy Trial Act

pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), in order to give defense counsel additional necessary time to investigate, prepare, and to counsel Ms. Miller.

                                              Respectfully submitted,

                                              QUIN DENVIR
                                              Federal Public Defender

Dated: August 29, 2005     /s/ T. Zindel
                                              TIMOTHY ZINDEL
                                              Assistant Federal Defender
                                              Attorney for NOEL MILLER

                                              MCGREGOR SCOTT
                                              United States Attorney

Dated: August 29, 2005     /s/ T. Zindel for R. Taylor
                                              ROBIN R. TAYLOR
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

## **O R D E R**

The status conference is continued to October 5, 2005. The court finds that a continuance is necessary to give counsel for the defendant reasonable time to investigate the case, so that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 5, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: August 30, 2005

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE