QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
NOEL MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR. S 05-291 WBS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| NOEL MILLER, | ) | Date:    October 5, 2005 |
| Defendant. | ) | Time:    9:00 a.m. |
|  | ) | Judge:   Hon. William B. Shubb |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Noel Miller, though their respective attorneys, that the status conference scheduled for October 5, 2005, may be continued to November 9, 2005, at 9:00 a.m.

Defense counsel recently reviewed discovery with Ms. Miller and determined that additional factual investigation is warranted before the case is set for trial or otherwise resolved.  Investigation is expected to take several weeks because the event charged in the indictment occurred more than 20 months ago.  The parties agree that the October 5 status conference may be continued to November 9, 2005, so the defense may have time to investigate.

1  The parties further agree that time from the date of this order
2  through November 9, 2005, should be excluded under the Speedy Trial Act
3  pursuant to Local Code T4, Title 18, United States Code, Section
4  3161(h)(8)(B)(iv), in order to give defense counsel additional necessary
5  time to investigate, prepare, and to counsel Ms. Miller.

Respectfully submitted,

QUIN DENVIR
Federal Public Defender

Dated: September 26, 2005   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for NOEL MILLER

McGREGOR SCOTT
United States Attorney

Dated: September 26, 2005   /s/ T. Zindel for C. Watson
CHRISTINE WATSON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The status conference is continued to November 9, 2005.  The court finds that a continuance is necessary to give counsel for the defendant reasonable time to investigate the case, so that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through November 9, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: October 4, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE