```
QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
NOEL MILLER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. S 05-291 WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| NOEL MILLER, | ) | |
| | ) | Date:      November 9, 2005 |
| Defendant. | ) | Time:      9:00 a.m. |
| | ) | Judge:     Hon. William B. Shubb |
| _____ | ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Noel Miller, though their respective attorneys, that the status conference scheduled for November 9, 2005, may be continued to December 14, 2005, at 9:00 a.m.

Defense investigation of circumstances surrounding the charges is ongoing and is expected to continue for several more weeks. The parties agree that the November 9 status conference may be continued to December 14, 2005, so the defense may have time to investigate. The parties further agree that time from the date of this order through December 14, 2005, should be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), in order to

1  give defense counsel additional necessary time to investigate, prepare,
2  and to counsel Ms. Miller.

3                                    Respectfully submitted,

4                                    QUIN DENVIR
                                     Federal Public Defender
5

6  Dated: November 4, 2005           /s/ T. Zindel
                                     TIMOTHY ZINDEL
7                                    Assistant Federal Defender
                                     Attorney for NOEL MILLER
8

9                                    McGREGOR SCOTT
                                     United States Attorney
10

11 Dated: November 4, 2005           /s/ T. Zindel for C. Watson
                                     CHRISTINE WATSON
12                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
13

14                              **O R D E R**

15     The status conference is continued to December 14, 2005, at 9:00 a.m.
16 The court finds that a continuance is necessary to give counsel for the
17 defendant reasonable time to investigate the case, so that the ends of
18 justice served by granting a continuance outweigh the best interests of
19 the public and the defendant in a speedy trial.  Time is therefore
20 excluded from the date of this order through December 14, 2005, pursuant
21 to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

22

23 DATED: November 4, 2005

24
                                     /s/ William B. Shubb
25                                   WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
26

27

28

Stip. in N. Miller                   **2**