QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
NOEL MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. S-05-291 WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| NOEL MILLER, | ) | |
| | ) | Date:     December 14, 2005 |
| Defendant. | ) | Time:     9:00 a.m. |
| | ) | Judge:    Hon. William B. Shubb |
| _____ | ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Noel Miller, though their respective attorneys, that the status conference scheduled for December 14, 2005, may be continued to January 25, 2006, at 9:00 a.m.

Defense investigation of circumstances surrounding the charges is ongoing and is expected to continue for several more weeks because a key witness has proved to be difficult to locate.  The parties agree that the status conference may be continued to January 25, 2005, so the defense may have time to investigate.  The parties further agree that time from the date of this order through January 25, 2005, should be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code,

1  Section 3161(h)(8)(B)(iv), in order to give defense counsel additional

2  necessary time to investigate, prepare, and to counsel Ms. Miller.

Respectfully submitted,

QUIN DENVIR
Federal Public Defender

Dated: December 11, 2005          /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for NOEL MILLER


McGREGOR SCOTT
United States Attorney

Dated: December 11, 2005          /s/ T. Zindel for C. Watson
                                  CHRISTINE WATSON
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**O R D E R**

    The status conference is continued to January 25, 2006, at 9:00 a.m.
The court finds that a continuance is necessary to give counsel for the
defendant reasonable time to investigate the case, so that the ends of
justice served by granting a continuance outweigh the best interests of
the public and the defendant in a speedy trial.  Time is therefore
excluded from the date of this order through January 25, 2006, pursuant
to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).


DATED: December 14, 2005


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE