1  DENNIS S. WAKS, Bar #142581
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   NOEL MILLER
6

7
                   IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,    )   Case No. CR. S-05-291 WBS
                                )
12           Plaintiff,         )   **STIPULATION AND ORDER**
                                )   **CONTINUING STATUS CONFERENCE**
13      v.                      )   **AND EXCLUDING TIME**
                                )
14 NOEL MILLER,                 )
                                )   Date:    January 25, 2006
15           Defendant.         )   Time:    9:00 a.m.
                                )   Judge:   Hon. William B. Shubb
16 _____)

17

18      It is hereby stipulated and agreed between plaintiff, United States
19 of America, and defendant, Noel Miller, though their respective attorneys,
20 that the status conference scheduled for January 25, 2006, may be
21 continued to March 2, 2006, at 2:00 p.m.

22      Defense investigation of circumstances surrounding the charges is
23 ongoing, with a key witness continuing to elude an interview.  The parties
24 agree that the status conference may be continued to March 2, 2006, so the
25 defense may have time to investigate and so that Ms. Miller has time to
26 review a proposed plea agreement the government expects to forward to her.
27 The parties further agree that time from the date of this order through
28 March 2, 2006, should be excluded under the Speedy Trial Act pursuant to

1  Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv),
2  in order to give defense counsel additional necessary time to investigate,
3  prepare, and to counsel Ms. Miller.

4                                    Respectfully submitted,

5                                    DENNIS S. WAKS
                                     Acting Federal Public Defender
6

7  Dated: January 23, 2006           /s/ T. Zindel
                                     TIMOTHY ZINDEL
8                                    Assistant Federal Defender
                                     Attorney for NOEL MILLER
9

10                                   McGREGOR SCOTT
                                     United States Attorney
11

12 Dated: January 23, 2006           /s/ T. Zindel for C. Watson
                                     CHRISTINE WATSON
13                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
14

15                            **O R D E R**

16     The status conference is continued to March 2, 2006, at 2:00 p.m.
17 The court finds that a continuance is necessary to give counsel for the
18 defendant reasonable time to investigate the case, so that the ends of
19 justice served by granting a continuance outweigh the best interests of
20 the public and the defendant in a speedy trial.  Time is therefore
21 excluded from the date of this order through March 2, 2006, pursuant to
22 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

23

24 DATED: January 25, 2006

25
                                     _William B. Shubb_
26
                                     WILLIAM B. SHUBB
27                                   UNITED STATES DISTRICT JUDGE

28

Stip. in N. Miller                      2