```
1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5

6  Attorney for Defendant
   NOEL MILLER
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-05-291 WBS |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| NOEL MILLER, ) | |
| ) | Date:    March 9, 2006 |
| Defendant. ) | Time:    2:00 p.m. |
| ) | Judge:   Hon. William B. Shubb |
| _____ ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Noel Miller, though their respective attorneys, that the status conference scheduled for March 9, 2006, may be continued to March 23, 2006, at 2:00 p.m.

The government recently sent defense counsel a new draft plea agreement, which may lead to resolution of the case without trial. Counsel seeks time to review the draft agreement with Mr. Miller. So that this may be done, the parties agree that time from the date of this order through March 23, 2006, should be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section

3161(h)(8)(B)(iv), in order to give defense counsel additional necessary time to investigate, prepare, and to counsel Ms. Miller.

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Acting Federal Public Defender

Dated: March 7, 2006          /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for NOEL MILLER


                              McGREGOR SCOTT
                              United States Attorney

Dated: March 7, 2006          /s/ T. Zindel for C. Watson
                              CHRISTINE WATSON
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

## O R D E R

The status conference is continued to March 23, 2006, at 2:00 p.m. The court finds that a continuance is necessary to give counsel for the defendant reasonable time to investigate the case, so that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through March 23, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: March 8, 2006

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE