DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
NOEL MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-05-291 WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| NOEL MILLER, ) | |
| ) | Date:   April 12, 2006 |
| Defendant. ) | Time:   9:00 a.m. |
| ) | Judge:  Hon. William B. Shubb |
| _____) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Noel Miller, though their respective attorneys, that the status conference scheduled for April 12, 2006, may be continued to April 19, 2006, at 9:00 a.m.

The government and Ms. Miller have yet to finalize terms of a plea agreement although both parties expect the case to resolve without trial. So that discussions may be finalized, written, and reviewed, the parties agree that time from the date of this order through April 19, 2006, should be excluded under the Speedy Trial Act pursuant to Local Code T4, Title

/////

18, United States Code, Section 3161(h)(8)(B)(iv), in order to give counsel for both parties additional time to confer and to prepare.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
Acting Federal Public Defender

Dated: April 10, 2006        /s/ T. Zindel
                                        TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for NOEL MILLER

                                        McGREGOR SCOTT
United States Attorney

Dated: April 10, 2006        /s/ T. Zindel for C. Watson
                                        CHRISTINE WATSON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The status conference is continued to April 19, 2006, at 9:00 a.m. The court finds that a continuance is necessary to give both counsel reasonable time to complete their plea discussions and to reduce them to writing, so that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through April 19, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: April 11, 2006

                                        */s/ William B. Shubb*
                                        WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE