1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   NOEL MILLER
6

7
                   IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,   )   Case No. CR. S-05-291 WBS
                               )
12           Plaintiff,        )   **STIPULATION AND ORDER**
                               )   **AMENDING JUDGMENT AND**
13      v.                     )   **SENTENCING SCHEDULE**
                               )
14 NOEL MILLER,                )
                               )   Date:    June 28, 2006
15           Defendant.        )   Time:    9:00 a.m.
                               )   Judge:   Hon. William B. Shubb
16 _____)

17

18      It is hereby stipulated and agreed between plaintiff, United States
19 of America, and defendant, Noel Miller, though their respective attorneys,
20 that the schedule for preparation of a presentence report may be amended
21 as follows and sentencing continued to August 2, 2006, at 9:00 a.m.
22      (1)  The draft presentence report shall be disclosed to the parties
23 by June 21, 2006;
24      (2)  Informal objections to the draft presentence report shall be
25 sent to the probation officer by July 5, 2006;
26      (2)  The final presentence report shall be filed with the Court by
27 July 12, 2006;
28 /////

(3) Any motion to correct the presentence report shall be filed by July 19, 2006;

(4) A reply or statement of non-opposition shall be filed by July 26, 2006;

(5) Hearing on Judgment and Sentencing shall be August 2, 2006, at 9:00 a.m.

                    Respectfully submitted,

                    DANIEL J. BRODERICK
                    Acting Federal Public Defender

Dated:  May 20, 2006      /s/ T. Zindel
                    TIMOTHY ZINDEL
                    Assistant Federal Defender
                    Attorney for NOEL MILLER

                    McGREGOR SCOTT
                    United States Attorney

Dated:  May 20, 2006      /s/ T. Zindel for A. Pings
                    ANNE PINGS
                    Assistant U.S. Attorney
                    Attorney for Plaintiff

**O R D E R**

The above schedule is adopted and sentencing is continued to August 2, 2006, at 9:00 a.m.

IT IS SO ORDERED.

DATED:  May 22, 2006

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE