```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
NOEL MILLER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR. S-05-291 WBS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER AMENDING JUDGMENT AND SENTENCING SCHEDULE** |
| v. | ) | |
| NOEL MILLER, | ) | |
| Defendant. | ) | Date: June 28, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Noel Miller, though their respective attorneys, that the schedule for preparation of a presentence report may be amended as follows and sentencing continued to September 13, 2006, at 9:00 a.m.

(1)  The draft presentence report shall be disclosed to the parties by August 2, 2006;

(2)  Informal objections to the draft presentence report shall be sent to the probation officer by August 16, 2006;

(2) The final presentence report shall be filed with the Court by August 23, 2006;

/////

(3) Any motion to correct the presentence report shall be filed by September 6, 2006;

(5) Hearing on Judgment and Sentencing shall be September 13, 2006, at 9:00 a.m.

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: June 21, 2006         /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for NOEL MILLER

                                      McGREGOR SCOTT
                                      United States Attorney

Dated: June 21, 2006         /s/ T. Zindel for A. Pings
                                      ANNE PINGS
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

### **O R D E R**

The above schedule is adopted and sentencing is continued to September 13, 2006, at 9:00 a.m.

IT IS SO ORDERED.

DATED: June 21, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. in N. Miller        **2**